FILED

2022 FEB 22  AM 11: 09

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Tampa Division

| | |
|---|---|
| Ross Scopelliti | ) Case 8:20CV00104 |
| _Plaintiff(s)_ | ) |
| -v- | ) |
| | ) |
| Jennifer McClean | ) |
| _Defendant(s)_ | ) |

**SCOPELLITI MOTION AND REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT MCCLEAN AS PER RULES 55 AND 37**

Comes now PLAINTIFF and hereby requests the _Honorable court_ to enter a default against the defendant, ,

on the basis that the record in this case demonstrates that there has been a failure to plead or

otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure. AND Rule 37

Plaintiff herewith states :

1. Defendant McClean has had NO communication with Plaintiff .

2.Defendant McClean through her Actions of NOT communicating continues to frustrate this Case and Legal Process.

3. Defendant McClean has Systematically ,Knowingly and with Wanton and Reckless Disregard placed a scheme in motion in order to Deny and Further Plaintiff's Rights to Judicial Process.

4. As of April 20 2021 , when Defendant Mcclean Dismissed Her Attorney Craig Rothburd Dkt 54 she has had No Communication with Plaintiff nor the Honorable Court.

5. Dkt 58,59,60,64 and 66 Identify opportunities afforded to McClean to participate and further this Court Case.

6 . July 21 2021 an Order To Show Cause was Issued by the Honorable Court advising Mcclean of the Repercussions to Her if She Did Not Respond in Writing By August 10 2021 as to Her Conduct and Lack of making Herself Available to the Honorable Court and to the jurisdiction and legal process of this Case.

7. Mcclean has been served by email and the ,U.S Marshals to All Show Cause Hearings

7. . It is plenty evident to Plaintiff that Ms. Mcclean has Systematically Created a scheme where she is thumbing her Nose at the Judicial System and the Honorable Court by saying **_She Refuses to be a part of this legal proceeding._**

**_8.It is unlikely that default is the result of excusable neglect. as Notice for Defendant to defend have been well documented_**

9.. .Plaintiff believes this Action is Ripe to be Acted upon as:

   A. "*although federal policy favors decisions on the merits, Rule 55 ) permits entry of default in situations such as this where defendants refuse to litigate." J & J Sports Prods, Inc. v. Concepcion, No. 10-CV-05092, 2011 U.S. Dist. LEXIS 60607, at *5, 2011 WL 2220101 (N.D. Cal. June 7, 2011).*

   B. *See, e.g., Home Port Rentals, Inc. v. Ruben, 957 F.2d 126, 133 (4th Cir. 1992) (relying upon an apparent "failure... to participate in prosecution or defense" of the action to warrant a default despite the trial court's mention of failure to participate in discovery); Hoxworth v. Blinder, Robinson & Co., 980 F.2d 912, 916-17 (3d Cir. 1992) (entering default pursuant to Rule 55 despite the plaintiffs' explicit reliance upon Rule 37 in its request for a default judgment). 139. FED. R. Civ. P. 55(a)*

   C. *SEE; Supreme Court has long held that when a statute is clear, as Rule 55 appears to be, courts should follow the plain language of the statute… Caminetti v. United States, 242 U.S. 470, 485 (1917) ("Where the language [of a statute] is plain and admits of no more than one meaning the duty of interpretation does not arise .... ).*

   D. *the basis for Rule 55 appears obvious. The drafters wanted a system that motivated parties to "ascertain the truth" and "attain justice" after "all available data [has been] laid before the tribunal trying the case in order to enable it to do justice."' SEE Holtzoff, supra note 21, at 1060.*

   E. *This rule envisions a scenario in which the court is unable to collect such data. Thus, the only proper course of action is to punish the party that impedes the court's goal: the dilatory defendant. It is*

*impossible for the plaintiff to prove his case on the merits as the drafters wished, so a default is a necessary evil. Enron Oil Corp. v. Diakuhara, 10 F.3d 90, 96 (2d Cir. 1993)*

*F. Defaults provide a useful remedy when a litigant is confronted with an .obstructionist adversary*

**10.**

*Rule 55 is NOT the exclusive vehicle within the FRCP that allows the imposition of default. Rule 37 allows the trial to court to "render[ ] a default judgment against [the] disobedient party"' 2 5 who "fails to obey an order to provide or permit discovery. 1' 26 The court orders governed by this rule include, but are not limited to, orders for: (1) conferences between the parties;127 (2) physical and mental examinations;1 28 and (3) disclosure or discovery.12 9 In fact, Rule 37 governs failures regarding all pretrial discovery rules, the importance of which cannot be overstated.*

**11** SCOPELLITI has been diligently gathering documents, attending HEARINGS , and appearing in court for conferences, while his adversary MCCLEAN has created difficulties for the plaintiff at every turn. The FRCP specifically enables a trial judge to order a default as a sanction against such misconduct.

See FED. R. Civ. P. 37(b)(2)(A)(vi).

**2) Sanctions Sought in the District Where the Action Is Pending.**

**(A) For Not Obeying a Discovery Order.** **If a party or a party's officer, director, or managing agent—or a witness designated under Rule 30(b)(6) or 31(a)(4)—fails to obey an order to**

> *provide or permit discovery, including an order under Rule 26(f), 35, or 37(a), the court where the action is pending may issue further just orders. They may include the following:*
>
>    *(i) directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims;*
>
>    *(ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;*
>
>    *(iii) striking pleadings in whole or in part;*
>
>    *(iv) staying further proceedings until the order is obeyed;*
>
>    *(v) dismissing the action or proceeding in whole or in part;*
>
> **(vi) rendering a default judgment against the disobedient party; or**
>
>    *(vii) treating as contempt of court the failure to obey any order except an order to submit to a physical or mental examination.*

WHEREFORE; Plaintiff asks the Honorable Court to direct the Clerk to Enter a Default against *Defendant Mcclean for otherwise defending in this Action* .



Ross SCOPELLITI

## LOCAL RULE CERTIFICATION :3.01 g

Ross Scopelliti has NOTIFIED Defendant Mcclean Prose regarding this Motion . As of filing this   the response is

----Null          -------yes approved
---- No denied

ROSS SCOPELLITI

3212 W MARLIN AVE TAMPA FL

33611

AFFIDAVIT FOR   <u>ENTRY OF DEFAULT</u>

## JURAT

**I, ROSS SCOPELLLITI, being duly sworn, state and affirm as follows:**

**1. I am Ross Scopellliti, the Plaintiff in the above styled cause.**

**2. The statements and allegations made herein above are true and accurate to the**

**best of my knowledge.**

**3. No statements or allegation made herein above have been made or frivolous**
**intent, nor for the purpose of embarrassment or harassment.**

**Ross Scopelliti, Plaintiff.**

**STATE OF** Florida

**COUNTY OF** Hillsborough

On this date, Feb 22 - 2022, the above listed Affiant

presented the following or personally known.

Identification, DRIVER'S LICENSE

_____, and after being duly sworn

swore to and confirmed to the statement made above.

**Notary**

RAFAEL LEANDRO DE ALMEIDA SILVA
Notary Public - State of Florida
Commission # HH 169272
My Comm. Expires Aug 24, 2025
Bonded through National Notary Assn.

**Commission Expires:** August 24, 2025

CERTIFICATE OF SERVICE

I Ross Scopelliti certify I have mailed a Copy to Jennifer McClean by US mail at 3755 Long Avenue Beaumont Texas 77706

Ross Scopelliti 3212 Marlin Ave Tampa 33611